MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
RYAN C. KIRKPATRICK
rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE (*pro hac vice*)
aentwistle@entwistle-law.com
ARTHUR V. NEALON (*pro hac vice*)
ROBERT N. CAPPUCCI (*pro hac vice*)
JONATHAN H. BEEMER (*pro hac vice*)
JOSHUA K. PORTER (*pro hac vice*)
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CENTAUR CLASSIC CONVERTIBLE ARBITRAGE FUND LTD., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, and ERIC P. SIERACKI,<br><br>Defendants. | Case No. CV 10-05699-MRP (MANx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

2137559v1/010471

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, Plaintiffs Centaur Classic Convertible Arbitrage Fund Ltd.; Argent Classic Convertible Arbitrage Fund II L.P.; Argent Lowlev Convertible Arbitrage Fund II LLC; Centaur Lowlev Arbitrage Fund Ltd.; Argentum Multi-Strategy Fund LLC; Argentum Multi-Strategy Fund, Ltd.; HFR CA Global Select Master Trust; Acuity Master Fund, Ltd.; Carlyle Multi-Strategy Master Fund Liquidating Trust; Lyxor/Acuity Fund Limited; Polygon Global Opportunities Master Fund; Rhapsody Fund, L.P.; Arpeggio Fund; Nuveen Multi-Strategy Income and Growth Fund; Nuveen Multi-Strategy Income and Growth Fund 2; Radcliffe SPC, Ltd.; Tempo Master Fund L.P.; Canyon Capital Arbitrage Master Fund, Ltd.; The Canyon Value Realization Fund (Cayman), Ltd; Canyon Value Realization Mac 18, Ltd., Canyon Value Realization Fund, L.P.; Lyxor/Canyon Capital Arbitrage Fund Limited; GLG Market Neutral Fund; Mohican VCA Master Fund, Ltd.; ADI Arbitrages Absolu; ADI Convert Absolu; ADI Convex; ADI Convex Absolu; Kallista CB Arbitrage Fund Limited; Casam ADI CB Arbitrage Limited; Delta Institutional, L.P.; Delta Onshore, L.P.; Delta Pleiades, L.P.; Delta Offshore Master, Ltd.; RHP Master Fund, Ltd.; HFR CA Lazard Rathmore Master Trust; Ramius Convertible Arbitrage Master Fund Ltd.; RCG PB, Ltd.; S.A.C. Arbitrage Fund, LLC; Stark Master Fund Ltd.; Sandelman Partners Multistrategy Master Fund Ltd.; Sandelman Partners Opportunity Master Fund L.P.; Camulos Master Fund L.P.; Concordia Partners L.P.; and Concordia Institutional Multi-Strategies Ltd. (collectively, "Plaintiffs"); and Defendants Countrywide Financial Corporation; Angelo R. Mozilo; David Sambol; and Eric P. Sieracki (collectively, "Defendants"), have agreed to resolve this matter amicably and dismiss it with prejudice and without the need for further litigation and expenditure of the parties' or the Court's resources;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above-captioned action with prejudice. Plaintiffs further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

MARC M. SELTZER
RYAN C. KIRKPATRICK
SUSMAN GODFREY L.L.P.

ANDREW J. ENTWISTLE
ARTHUR V. NEALON
ROBERT N. CAPPUCCI
JONATHAN H. BEEMER
JOSHUA K. PORTER
ENTWISTLE & CAPPUCCI LLP

Dated: January 17, 2012

By: /s/ Marc M. Seltzer
Marc M. Seltzer
Attorneys for Plaintiffs
Centaur Classic Convertible Arbitrage Fund Ltd., et al.

BRIAN E. PASTUSZENSKI
*bpastuszenski@goodwinprocter.com*
JOHN O. FARLEY
*jfarley@goodwinprocter.com*
BRIAN C. DEVINE (222240)
*bdevine@goodwinprocter.com*
GOODWIN PROCTER LLP
Exchange Place, 53 State Street
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231

|   |   |   |
|---|---|---|
|   | | LLOYD WINAWER (157823)<br>*lwinawer@goodwinprocter.com*<br>GOODWIN PROCTER LLP<br>601 South Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Tel: 213-426-2500<br>Fax: 213-623-1673 |
|   | Dated: January 17, 2012 | By: /s/ Brian E. Pastuszenski<br>     Brian E. Pastuszenski<br>Attorneys for Defendant<br>Countrywide Financial Corporation |
|   |   | DAVID SIEGEL (101355)<br>*dsiegel@irell.com*<br>CRAIG I. VARNEN<br>*cvarnen@irell.com*<br>ADAM FLETCHER<br>*afletcher@irell.com*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel: 310-277-1010<br>Fax: 310-203-7199 |
|   | Dated: January 17, 2012 | By: /s/ David Siegel<br>     David Siegel<br>Attorneys for Defendant<br>Angelo R. Mozilo |

|  |  |
|---|---|
|  | MICHAEL D. TORPEY<br>*mtorpey@orrick.com*<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Telephone:  (415) 773-5700<br>Fax:  (415) 773-5759<br><br>MICHAEL C. TU<br>*mtu@orrick.com*<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017<br>Tel: 213-629-2020<br>Fax: 213-612-2499 |
| Dated:  January 17, 2012 | By:   /s/ Michael C. Tu<br>          Michael C. Tu<br>Attorneys for Defendant<br>David Sambol |
|  | SHIRLI FABBRI WEISS (079225)<br>*shirli.weiss@dlapiper.com*<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel: 619-699-2700<br>Fax: 619-699-2701<br><br>NICOLAS MORGAN (166441)<br>*nicolas.morgan@dlapiper.com*<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars,<br>Suite 400 North Tower<br>Los Angeles, CA  90067-4704<br>Tel: 310-595-3146<br>Fax: 310-595-3446 |

|   |   |
|---|---|
|   | DAVID A. PRIEBE (148679)<br>*david.priebe@dlapiper.com*<br>JEFFREY B. COOPERSMITH (252819)<br>*jeff.coopersmith@dlapiper.com*<br>DLA PIPER (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2248<br>Tel:  650-833-2000<br>Fax:  650-833-2001 |
| Dated:  January 17, 2012 | By:   /s/ Shirli Fabbri Weiss<br>      Shirli Fabbri Weiss<br>Attorneys for Defendant<br>Eric P. Sieracki |