MARC M. SELTZER (54534)   JS-6
mseltzer@susmangodfrey.com
RYAN C. KIRKPATRICK
rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE (*pro hac vice*)
aentwistle@entwistle-law.com
ARTHUR V. NEALON (*pro hac vice*)
ROBERT N. CAPPUCCI (*pro hac vice*)
JONATHAN H. BEEMER (*pro hac vice*)
JOSHUA K. PORTER (*pro hac vice*)
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY  10017
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CENTAUR CLASSIC CONVERTIBLE ARBITRAGE FUND LTD., et al., <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, and ERIC P. SIERACKI, <br><br>Defendants. | Case No. CV 10-05699-MRP (MANx) <br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

2138959v1/010471

1  Based upon the parties' Stipulation of Dismissal with Prejudice filed January 17, 2012, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

That pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice. Plaintiffs waive any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 24, 2012.

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE